1

2

3

4

5

6

7

8

9          **UNITED STATES DISTRICT COURT**

10              **DISTRICT OF NEVADA**

11

12   STEVEN D. RICHARD,                )
                                       )
13              Plaintiff,             )        2:12-cv-01236-GMN-CWH
                                       )
14   vs.                               )
                                       )        **ORDER**
15   STATE OF NEVADA, *et al.*,        )
                                       )
16              Defendants.            )
     _____/

17

18          This is an action on a civil rights complaint pursuant to 42 U.S.C. § 1983, removed from

19   state court.  The complaint was previously screened by the Court.  (ECF No. 10).  The screening

20   order imposed a 90-day stay and the Court entered a subsequent order in which the parties were

21   encouraged to engage in informal settlement discussions.  (ECF Nos. 10 & 12).  The Office of the

22   Attorney General has filed a status report indicating that settlement was not reached and informing

23   the Court of its intent to proceed with this action.  (ECF No. 17).

24          **IT IS THEREFORE ORDERED** that:

25          1.      The Clerk shall electronically **SERVE** a copy of this order and a copy of plaintiff's

26                  complaint (ECF No. 11) on the Office of the Attorney General of the State of Nevada,

1    attention Kat Howe.

2    2.    Subject to the findings of the screening order (ECF No. 10), within **twenty-one (21)**

3          **days** of the date of entry of this order, the Attorney General's Office shall file a notice

4          advising the Court and plaintiff of: (a) the names of the defendants for whom it

5          accepts service; (b) the names of the defendants for whom it does not accept service,

6          and (c) the names of the defendants for whom it is filing last-known-address

7          information under seal.  As to any of the named defendants for which the Attorney

8          General's Office cannot accept service, the Office shall file, *under seal*, the last

9          known address(es) of those defendant(s) for whom it has such information.

10   3.    If service cannot be accepted for any of the named defendant(s), plaintiff shall file a

11         motion identifying the unserved defendant(s), requesting issuance of a summons, and

12         specifying a full name and address for the defendant(s).  For the defendant(s) as to

13         which the Attorney General has not provided last-known-address information,

14         plaintiff shall provide the full name and address for the defendant(s).

15   4.    If the Attorney General accepts service of process for any named defendant(s), such

16         defendant(s) shall file and serve an answer or other response to the complaint within

17         **sixty (60) days** from the date of this order.

18   5.    Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been

19         entered by counsel, upon their attorney(s), a copy of every pleading, motion or other

20         document submitted for consideration by the Court.  Plaintiff shall include with the

21         original paper submitted for filing a certificate stating the date that a true and correct

22         copy of the document was mailed to the defendants or counsel for the defendants.  If

23         counsel has entered a notice of appearance, the plaintiff shall direct service to the

24         individual attorney named in the notice of appearance, at the address stated therein.

25         The Court may disregard any paper received by a district judge or magistrate judge

26         which has not been filed with the Clerk, and any paper received by a district judge,

magistrate judge, or the Clerk which fails to include a certificate showing proper service.

Dated this 3rd day of September, 2013.

C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE

3