CATHERINE CORTEZ MASTO
Attorney General
KALI FOX MILLER
Deputy Attorney General
Nevada State Bar No. 11656
Bureau of Litigation
Public Safety Division
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
Email: kmiller@ag.nv.gov
*Attorneys for Defendants James G. Cox, Brian Connett, Sheryl Foster, Brian E. Williams, Sr., Cheryl Burson, Tanya Hill and Johnny Youngblood*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN D. RICHARD, | Case No. 2:12-cv-1236-GMN-CWH |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF NOTIFICATIONS** |
| GREG COX, *et al.*, | |
| Defendants. | |

COME NOW Defendants, JAMES G. COX, BRIAN CONNETT, SHERYL FOSTER, BRIAN E. WILLIAMS, SR., CHERYL BURSON, HOWARD SKOLNIK, TANYA HILL, and JOHNNY YOUNGBLOOD, by and through their counsel, Catherine Cortez Masto, Nevada Attorney General, and Kali Fox Miller, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and hereby respectfully request that Deputy Attorney General, Paul T. Young, be removed from the CM/ECF Service List and that notice of the proceedings in the above-captioned matter be discontinued as a result of the case being transferred to another attorney. It is no longer necessary that Paul T. Young receive CM/ECF notice of ongoing proceedings in this action.

/ / /

1

Accordingly, the undersigned requests that Paul T. Young be removed from the CM/ECF Service list in this matter, USDC Case No. 2:12-cv-1236-GMN-CWH.

Dated: May 19, 2014.

        CATHERINE CORTEZ MASTO
        Attorney General

        By: /s/ Kali Fox Miller
           KALI FOX MILLER
           Deputy Attorney General
           Nevada State Bar No. 11656
           *Attorneys for Defendants James G. Cox, Brian Connett, Sheryl Foster, Brian E. Williams, Sr., Cheryl Burson, Tanya Hill and Johnny Youngblood*

IT IS SO ORDERED.

DATED: This 20th day of May, 2014.

        _____
        UNITED STATES MAGISTRATE JUDGE

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101